# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

Nos. 1D17-4307
1D17-4308

————————————————————

WILMARIO TRUEBLOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————————

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

June 20, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Melissa J. Ford, Assistant Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.